IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                                              ) | |
|           Plaintiff,                                    ) | |
|                                                              ) | |
|                                                              ) | |
|      v.                                                   ) | 4:02CR3217 |
|                                                              ) | |
| JERRY W. TWEHOUS and JOHN    ) | |
| TWEHOUS,                                          ) | |
|                                                              ) | |
|           Defendants.                              ) | |

## ORDER FOR DISMISSAL

Leave of court is granted for the filing of the dismissal in this case.

DATED this 9th day of August, 2006.

                                                                s/ *Richard G. Kopf*
                                                               UNITED STATES DISTRICT JUDGE